AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.

CASE NUMBER: 11cv9236

V.

ASSIGNED JUDGE: Joan B. Gottschall

TORRES DRYWALL SERVICES, INC.

DESIGNATED MAGISTRATE JUDGE: Arlander Keys

TO: (Name and address of Defendant)

TORRES DRYWALL SERVICES, INC.
c/o Donald J. Kindwald, Registered Agent
105 West Madison, Suite 2100
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Whitfield
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK
(By) DEPUTY CLERK



DATE
December 29, 2011

DATE

ClientCaseID: N9091 DFW
Law Firm ID: WHITFIEL



CaseReturnDate: 2/10/12

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **11CV9236**

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT

ON THE WITHIN NAMED DEFENDANT **Torres Drywall Services, Inc.**
PERSON SERVED **MIGUEL TORRES JR   OFFICER**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/24/12**

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

Sex MALE    Race HISPANIC    Age 30
Height 5'10    Build MEDIUM    Hair BLACK

LOCATION OF SERVICE   **779 Bluff City Blvd.**
**Elgin, IL, 60120**

Date Of Service  1/24/12        Time of Service  8:38 AM

LARRY E. BIELA                  1/25/2012
Special Process Server
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00