UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 1 3 2012
FEB 13 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

Chicago Regional Concil of Carpenters Pension Funds.

V.

Torres Drywall Services Inc.

**Defendant(s)**

Case No. 11 cv 9236

Judge Joan B. Gottschall

Respond.

Answer To Complain by defendet

Torres Drywall svc. was a non operation since 2004 To Present - 2-13-2012

No other activities.

No bank Acc.

No Records or Books

nothing further

Miguel Torres (president)

/s/ Miguel Torres