IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al<br><br>Plaintiffs,<br><br>v.<br><br>TORRES DRYWALL SERVICES, INC.<br><br>Defendant. | Case No. 11 cv 9236<br><br>Judge Gottschall |

## *ORDER*

WHEREAS, Plaintiffs filed their Complaint on December 28, 2011 and the Defendant was served with a copy of the Complaint and Summons on January 24, 2012 and

WHEREAS, the Defendant has failed to properly answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, Defendant is declared to be in default under Rule 55 of the Federal Rules of Civil Procedure; and

IT IS HEREBY ORDERED that Defendant Torres Drywall Services, Inc. within 10 days permit the Plaintiffs to review, inspect and copy the following books and records:

A. Closing bank statement for Torres Drywall Services, Inc.

    OR

B. All bank statements and check copies from January 1, 2010 to the present.

This Court will retain jurisdiction to enter an appropriate Supplemental Order as to amounts owed to Plaintiffs after completion of the audit.

ENTERED:

By: _____
THE HONORABLE JUDGE GOTTSCHALL

Date: Sept 19, 2012