IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) | |
| | ) | Case No.  11 cv 9236 |
| Plaintiffs, | ) | |
| | ) | Judge Gottschall |
| v. | ) | |
| | ) | |
| TORRES DRYWALL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that on November 13, 2012, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs hereby voluntarily dismiss this action with prejudice.

Respectfully submitted,

 /s/ David Whitfield
Attorney for Plaintiffs

David Whitfield
Whitfield, McGann & Ketterman
111 E. Wacker Dr, Suite 2600
Chicago, IL  60601
T. 312.251.9700 F. 312.251.9701